United States Courts
Southern District of Texas
FILED

JUL 25 2011

 Clerk

Dear Clerk, And The Court:

Please, before rejecting this for lack of jurisdiction, read section D. of my Grounds For Jurisdiction, which makes a serious non-frivolous argument that <u>Boumediene v. Bush</u>, and <u>Haywood v. Drown</u>, abrogated <u>Cary v. Curtis</u>, and thus you have, properly, jurisdiction.    Thanks for the kindness of your time in doing that.

The State Court would not allow me the time needed to recopy, and do another draft, of the enclosed, prior to making it necessary for me to ask you to invoke the doctrine of pendent jurisdiction to take their jurisdiction to protect my Federal Rights.   I pray that you do not judge its substance by its form, or even its coherence in some places.

The Defense Advanced Research Projects Agency once told me, that a proposal I had rushed together in a weekend to make their deadline after learning learning of their solicitation 3 days before its deadline, was the worst written proposal they had ever received.  I asked them if they meant the worst written one that they had ever funded, and they said, no, the worst written one they had ever received.   The $600,000 they gave me may have been the most in that solicitation awarded.

I pray that you have their patience as you read this.  I think that there is some serious content in here if you do, including legal theories of first impression, as well as grounds for substantive changes for the practices of institutions deeply affecting the lives of many people.

I believe D.A.R.P.A. considered the money well spent.

Could you be so kind as to send  in forma pauperis forms, and a copy of your local rules?  I am an incarcerated indigent inmate — please note that a verified statement is enclosed.  I request the waiver of fees.

Letter To Clerk, And The Court   1 of 2 pages
7/20/11

IF you do reject my argument in Grounds For Jurisdiction D., or otherwise decline jurisdiction, I ask that a Federal Court take jurisdiction, and that my Complaint be Forwarded accordingly so that it may be considered to have been filed as of this date.

I declare the herein to be true under penalty of perjury.

Executed On: 7-20-11 at P.V.S.P., 24863 West Jayne Ave, Coalinga, Fresno County, California, U.S.A.

Hans Reiser

address: Hans Reiser
G31608
P.V.S.P.
P.O. Box 8500
Coalinga, CA 93210

2 of 2 pages

Letter To Clerk, And The Court
7/20/11

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust

account statement showing transactions of  _Reiser, Hans  G31008_

(prisoner name)

For the last six months at  _Pleasant Valley State Prison_____

(name of institution)

Where (s)he is confined.

The applicant named has the sum of $____∅____ on his/her account.

I further certify that during the past six months the applicant's average monthly

balance was $____∅____.  I further certify that during past six months the

average of monthly deposits to the applicant's account was $____∅____.

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

_____        _____
        DATE                         SIGNATURE OF AUTHORIZED OFFICER

Date\Time: 3/15/2011 9:55:35 AM

CDCR

Verified: _____

Institution: PVSP

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| G31008 | REISER, HANS | PVSP | DFB2T2000000 | 00230L |

**Current Available Balance:**          $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| | | | **No information was found for the given criteria.** | | | |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| | **No information was found for the given criteria.** | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| COPY CHARGES | MAIL LOG 9/04/09 | $0.70 | $0.00 | $0.70 |
| DAMAGES - ID CARD | ID CARD | $5.00 | $0.00 | $5.00 |
| COPY CHARGES | MAIL LOG 2/10/10 | $1.80 | $0.00 | $1.80 |
| COPY CHARGES | MAIL LOG 7/16/10 | $0.90 | $0.00 | $0.90 |
| LIBRARY | 1 BOOK | $9.00 | $0.00 | $9.00 |

## Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|
| RESTITUTION FINE | 154825 | $200.00 | $0.00 | $0.00 | $180.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____

TRUST OFFICE

2

1  <u>PROOF OF SERVICE</u>    Case Name: Reiser v. DuBois et al.

2                                              Case No. to be determined

3  <u>See Houston v. Lack (U.S. Tenn. 1988) 487 U.S. 266.</u>

4

5  I, Hans Reiser, declare that I presented the following document to

6  a ⊘ prison staff member, and requested its mailing, on 7-21-11,

7  (details regarding the previous day will be supplied if it is ever relevant,

8  which I doubt):

9  "Complaint Under <u>Heck v. Humphrey</u> 114 S.Ct. 2364, 512 U.S.

10 <u>477 (U.S. Ind. 1994)</u> dicta and Article III Section 2 Clause 1"

11 "Letter To Clerk, And The Court 7/20/11"

12 The mailing was to the United States District Court In The

13 Southern District Of Texas

14 I also mailed a Government Claims Form regarding the same matters

15 to the California Victim Compensation and Government Claims Board on

16 that date just before mailing the preceding.

17

18

19

20 I am an indigent prisoner mailing from and located at and executing

21 this at P.V.S.P., P.O. Box 8500, 24863 West Jayne Ave, City of Coalinga,

22 Fresno County, CA, U.S.A., over the age of 18, a party to the action,

23 there is regular mail service between here and the addressees sent to,

24 and this was Executed on: 7-21-11

25

26

27 I declare the above to be true under penalty of perjury

28 Hans Reiser



THIS MAIL GENERATED FROM
PLEASANT VALLEY STATE PRISON