1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT

7                                   NORTHERN DISTRICT OF CALIFORNIA

8

HANS REISER,                                     No. C 11-4735 SBA (PR)

9

            Plaintiff,                           **ORDER DISMISSING COMPLAINT**
                                                 **WITH LEAVE TO AMEND**
10

      v.

11

WILLIAM H. DU BOIS, et al.,

12

            Defendants.

13   _____/

14

            Plaintiff has filed a civil rights complaint.  Since then, he made numerous filings asking to

15

amend his complaint in various ways.  The number of such filings make it difficult to discern exactly

16

what his claims are.  Accordingly, the complaint is DISMISSED with leave to file an amended

17

complaint within 30 days from the date of this order.  **Plaintiff shall file an amended complaint**

18

**within 30 days from the date this order is filed, or face dismissal of the action.**  The first

19

amended complaint must include the caption and civil case number used in this order (11-4735 SBA

20

(PR)) and the words FIRST AMENDED COMPLAINT on the first page.  Because an amended

21

complaint completely replaces the previous complaints, Plaintiff must include in his first amended

22

complaint all the claims he wishes to present and all of the defendants he wishes to sue.  See Ferdik

23

v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992).  Plaintiff may not incorporate material from the

24

prior complaint by reference.  Failure to file an amended complaint in accordance with this order

25

will result in dismissal of this action without further notice to Plaintiff.

26

27

28

G:\PRO-SE\SBA\CR.11\Reiser735.DWLTA

**United States District Court**
For the Northern District of California

1   It is Plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court informed

2   of any change of address by filing a separate paper with the clerk headed "Notice of Change of

3   Address."  He must comply with the Court's orders in a timely fashion or ask for an extension of

4   time to do so.  Failure to comply may result in the dismissal of this action pursuant to Federal Rule

5   of Civil Procedure 41(b).

6   Plaintiff's motions to lodge a correction (Docket No. 10), for reconsideration (Docket No.

7   13), to defer imposition of sanctions (Docket No. 14), for service and copying (Docket No. 15), to

8   have records admitted (Docket No. 17), and for a temporary restraining order (Docket No. 20) are

9   DENIED without prejudice.  Plaintiff may refile such motions when he files his amended complaint.

10  This Clerk shall terminate Docket Nos. 10, 13, 14, 15, 17 and 20.

11  IT IS SO ORDERED.

12  DATED:   9/28/12

13  _____
    SAUNDRA BROWN ARMSTRONG
    United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HANS REISER,                                         Case Number: CV11-04735 SBA

        Plaintiff,                              **CERTIFICATE OF SERVICE**

  v.

WILLIAM H DU BOIS et al,

        Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

That on October 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.

Hans Reiser G31008
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

Dated: October 10, 2012

                        Richard W. Wieking, Clerk
                        By: Lisa Clark, Deputy Clerk

**United States District Court**
For the Northern District of California