1
2        UNITED STATES DISTRICT COURT
3       FOR THE NORTHERN DISTRICT OF CALIFORNIA
4            OAKLAND DIVISION
5

| | |
|---|---|
| 6 HANS REISER, | Case No: C 11-4735 SBA (pr) |
| 7 Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| 8 vs. | |
| 9 WILLIAM H. DU BOIS, et al., | Docket No. 26 |
| 10 Defendants. | |

Plaintiff Hans Reiser moves for a ninety-day extension of time to file his amended complaint. Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's request is GRANTED IN PART. Plaintiff shall have sixty (60) days from the date this Order is filed to file an amended complaint.

IT IS SO ORDERED.

Dated: November 5, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HANS REISER,

       Plaintiff,

v.

WILLIAM H DU BOIS et al,

       Defendant.

Case Number: CV11-04735 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hans Reiser G31008
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

Dated: November 8, 2012

                                            Richard W. Wieking, Clerk

                                                By: Lisa Clark, Deputy Clerk