IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANS REISER,

    Plaintiff,

v.

WILLIAM H. DU BOIS, et al.,

    Defendants.

No. C 11-04735 SBA (PR)

**ORDER**

    Plaintiff has filed a consent to magistrate judge jurisdiction in this civil rights matter under 42 U.S.C. § 1983. Dkt. 64 at 4.

    The Clerk of the Court shall randomly reassign this matter to a magistrate judge.

    IT IS SO ORDERED.

DATED: 1/17/2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.11\Reiser4735.reassign2MJ.wpd