UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANS REISER,

    Plaintiff,

v.

WILLIAM H. DU BOIS, et al.,

    Defendants.

No. C 11-4735 NC (PR)

**ORDER REVOKING IN FORMA PAUPERIS STATUS**

On July 25, 2011, plaintiff filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. The complaint was dismissed with leave to amend, and plaintiff filed several proposed amended complaints and finally, on January 15, 2014, an amended complaint. In an Order issued February 10, 2014, the Court dismissed the action with prejudice on two separate and independent grounds. First, the Court found that, despite having been granted four extensions of time to file a proper amended complaint, the amended complaint was late by more than three months, and plaintiff failed to show exigent circumstances for the delay. Second, the Court found that the amended complaint failed to correct many of the deficiencies in plaintiff's original complaint and his many proposed amended complaints. The Court noted that, in addition to the four extensions of time to file a proper amended complaint, plaintiff had been given substantial guidance on how to properly amend and was either unable or unwilling to do so.

Plaintiff has filed a notice of appeal. The United States Court of Appeals for the Ninth Circuit has referred the case to this Court for a determination as to whether plaintiff's IFP status should be revoked.

Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that a party granted leave to proceed IFP in the district court may continue in that status on appeal unless

the district court certifies that the appeal is not taken in good faith.  Section 1915(a)(3) of Title 28 of the United States Code similarly provides that an appeal may not be taken IFP if the trial court certifies it is not taken in good faith.  "Not taken in good faith" means "frivolous."  Ellis v. United States, 356 U.S. 674, 674-75 (1958); Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Court finds the instant appeal is frivolous and not taken in good faith.  Accordingly, plaintiff's IFP status is hereby REVOKED.

The Clerk is directed to send a copy of this Order to plaintiff and to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED

DATED:   August 11, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge

2